# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRACY WEBB,**

    Plaintiff,

  v.                                                                                Case No. 18-CV-855

**AMTRAK STATION EMPLOYEE MILWAUKEE,**
**et al.,**

    Defendants.

## REPORT AND RECOMMENDATION SCREENING COMPLAINT

On June 5, 2018, Tracy Webb filed a *pro se* complaint against an employee of the Amtrak Station in Milwaukee, a police station in Milwaukee, and a staff member of the U.S. Marshals Service. Webb generally alleges that she was discriminated against and harassed. (Docket # 1.) Webb also filed a motion to proceed without prepaying the filing fee. (Docket # 2.) In an order dated June 8, 2018, I denied Webb's motion for leave to proceed without prepaying the filing fee. (Docket # 6.) Webb was given until June 22, 2018 to pay the filing fee. However, the order also stated that even liberally construing her complaint, I was unable to understand Webb's causes of action. She was granted leave to amend her complaint.

To date, Webb has failed to pay the filing fee. Thus, her complaint could be dismissed on that basis alone. However, the court may dismiss a case at any time, notwithstanding fee status, if the court determines that the action fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Webb has filed an amended complaint, as well as multiple supplements, a motion for a protective order, and a motion for hearing. (Docket # 7-20.) In these filings, Webb attempts to add multiple defendants, including CVS, Pick 'n Save, and Metro Market. Webb generally alleges

that she is being followed, or assaulted, by various people. Despite these many filings, I still cannot discern viable causes of action against the defendants. I do not find that allowing further amendment will cure these deficiencies. Thus, I recommend the complaint be dismissed.[1]

**NOW, THEREFORE, IT IS RECOMMENDED** that this action be **DISMISSED**.

**IT IS FURTHER ORDERED** that the motion for protective order (Docket # 9) is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for hearing (Docket # 20) is **DENIED**.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 27th day of June, 2018.

BY THE COURT

s/ *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

---

[1] Because the defendants have not yet appeared and had an opportunity to consent or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the screening of Webb's complaint. *See Coleman v. Labor and Industry Review Commission*, 860 F.3d 461(7th Cir. 2017).